**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-00776-FDW-SCR**

| | | |
|---|---|---|
| **MIYOUNG K. DEMPSEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SITE CENTERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER** is before the Court sua sponte concerning the status of this case. The Court hereby directs the Clerk to issue Summons in this matter, and Plaintiff is hereby granted ninety (90) days from the date of issuance to serve Defendant with the Complaint and Summons.

     **IT IS SO ORDERED.**

Signed: January 3, 2024

Frank D. Whitney
United States District Judge

1