UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00776-FDW-SCR

| | |
|---|---|
| MIYOUNG K. DEMPSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SITE CENTERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* as to the status of this case. On June 25, 2024, the Court dismissed Plaintiff's Complaint for lack of subject matter jurisdiction. The Court granted Plaintiff leave to amend the Complaint no later than July 12, 2024. Plaintiff did not amend her Complaint, and the time to do so has passed. Accordingly, the Clerk of Court is respectfully directed to CLOSE THE CASE.

**IT IS SO ORDERED.**

Signed: July 29, 2024

Frank D. Whitney
United States District Judge